# UNITED STATES BANKRUPTCY COURT
NORTHERN   DISTRICT OF   ILLINOIS
### EASTERN DIVISION

In re:   CHRISTINE WATSON   §   Case No. 09-01942
          §   Hon. CAROL A. DOYLE
          §   Chapter 7
          §

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 02/28/2013 in Courtroom 742, Dirksen Federal Building Courthouse, 219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/05/2013        By: Clerk U. S. Bankruptcy Court
                                   (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN    **DISTRICT OF** ILLINOIS
<u>EASTERN DIVISION</u>

In re: CHRISTINE WATSON § Case No. 09-01942
§ Hon. CAROL A. DOYLE
§ Chapter 7
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $10,200.31 |
| *and approved disbursements of* | $4,000.00 |
| *leaving a balance on hand of* [1] | $6,200.31 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $6,200.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| *Trustee, Fees* | ALLAN J. DeMARS | $1,370.03 | $0.00 | $1,370.03 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $22.10 | $0.00 | $22.10 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $2,655.00 | $0.00 | $2,655.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* | *U.S. Bankruptcy Court* |
| *Fees,* | *United States Trustee* |
| Other | |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $4,047.13 |
| Remaining balance: | $2,153.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for                    , Fees* | | | |
| *Attorney for                    , Expenses* | | | |
| *Accountant for                  , Fees* | | | |
| *Accountant for                  , Expenses* | | | |
| Other | | | |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,153.18 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling ___$0.00___ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $2,153.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,821.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 76.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Com Ed | $1,789.01 | $0.00 | $1,365.09 |
| 2 | Jefferson Capital Systems LLC | $1,032.83 | $0.00 | $788.09 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $2,153.18 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $9,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | David Gassman | $9,000.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St. - Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-01942-CAD
Christine Watson                                                    Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez             Page 1 of 2                  Date Rcvd: Feb 04, 2013
                              Form ID: pdf006             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2013.
```
db          +Christine Watson,    7031 N. Sheridan Road, Apt. 1E,    Chicago, IL 60626-3940
13079318    +ATG Credit LLC,    PO Box 14895,    Chicago, IL 60614-8542
13079317     Applied Bank,    Acct No 4227-0937-9706-2365,    4700 Exhcnage Court,    Boca Raton, FL 33431-0966
13079316    +Carl Flaningam,    Legal Assistance Foundation of Metropoli,    828 Davis, #201,
              Evanston, IL 60201-4442
13079320    +Corporate Collection Service,    Acct No 15076028,    23220 Chagrin Blvd,
              Beachwood, OH 44122-5408
13079321    +David Gassman,    c/o Levit & Lipshutz,    867 W. Buckingham Place,    Chicago, IL 60657-2557
19784548    +David Gassman,    c/o Law Office Of Gregory Goldstein,    407 S. Dearborn Suite 1125,
              Chicago IL 60605-1140
13079323    +James O'Shaunessy,    7035 N. Sheridan,    Chicago, IL 60626-3096
19620783    +Jefferson Capital Systems LLC,    Purchased From FOURSCORE RESOURCE CAPITA,    PO BOX 7999,
              SAINT CLOUD MN 56302-7999,    Orig By: PROVIDIAN BANK
13079325    +Payday Loan Store Of Illinois Inc,    Acct No CL05-488720013,    7001 N. Clark St.,
              Chicago, IL 60626-2483
13079326    +Peoples Energy,    Acct No 3-5000-5253-5184,    Special Projects (Bankruptcy),
              130 East Randolph Street,    Chicago, IL 60601-6207
13079327    +Sargon Isaaac,    P.O. Box 5076,    Skokie, IL 60076-5076
13079328     Statewide Credit Association,    Acct No 1725962,    101 W. Ohio St.,    Indianapolis, IN 46204-1906
13079329    +UCB Collections,    Acct No 15712219,    5620 Southwyck Blvd,    Toledo, OH 43614-1501
13079331    +US Employees Credit Union,    c/o Walinski & Trunkett, P.C.,    25 E. washington, Suite 1221,
              Chicago, IL 60602-1875
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13079319    +E-mail/Text: legalcollections@comed.com Feb 05 2013 02:41:49     ComEd,    Acct No 3331216082,
              System Credit/ Bankruptcy Dept,    2100 Swift Drive,    Oak Brook, IL 60523-1559
13079322    +E-mail/Text: collections@barrmgmt.com Feb 05 2013 03:10:43     Devon Financial Services,
              Acct No 35744..,    6414 North Western Avenue,    Chicago, IL 60645-5422
13079330    +E-mail/Text: jdriscoll@usemployees.org Feb 05 2013 04:47:32     US Employees Credit Union,
              Acct No 2615150,    230 South Dearborn,    Suite 2982,    Chicago, IL 60604-1591
                                                                                                TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13079315*   +Christine Watson,    7031 N. Sheridan Road, Apt. 1E,    Chicago, IL 60626-3940
13079324   ##+National Recovery Agency,    Acct No 6983654,    4201 Crums Mill Road,    Harrisburg, PA 17112-2893
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 06, 2013**                  **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: mgonzalez           Page 2 of 2            Date Rcvd: Feb 04, 2013
                              Form ID: pdf006           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2013 at the address(es) listed below:
     Allan J DeMars    alland1023@aol.com
     Allan J DeMars    on behalf of Trustee Allan J DeMars alland1023@aol.com
     Carl  Flaningam    on behalf of Debtor Christine  Watson cflan@lafchicago.org, lafbknotices@gmail.com
     Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                               TOTAL: 4